UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JARED M. MCVEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:15-cv-00034-TAB-SEB |
| | ) | |
| CAROLYN  COLVIN Acting Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

The Court, having found in favor of Plaintiff Jared M. McVey and against Defendant

Carolyn Colvin, enters judgment in favor of Plaintiff and against Defendant.  The

Commissioner's decision is remanded to the ALJ for further proceedings.

Date:   12/8/2015

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY:
Deputy Clerk, U.S. District Court

Distribution:

Joseph R. Wambach
KELLER & KELLER
joew@2keller.com

Thomas B. Browder
KELLER & KELLER
tomb@2keller.com

Timothy E. Burns
KELLER & KELLER
timb@2keller.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov